Yada SMITH, Appellant

v.

BENEFICIAL TEXAS, INC., BNC of Irvine, CA, Everett Financial, Inc. d/b/a Supreme Lending, and Beneficial Financial, Inc., Appellees.

No. 05–12–01626–CV.

Court of Appeals of Texas, Dallas.

Feb. 28, 2013.

Yada Smith, Cedar Hill, TX, pro se.

Ryan D. Pittman, Jackson Walker, L.L.P., Dallas, TX, for Appellees.

Before Chief Justice WRIGHT and Justices LANG–MIERS and LEWIS.

## OPINION

Opinion by Chief Justice WRIGHT.

By letter dated December 5, 2012, the Court informed appellant that the $175 required filing fee was past due. We instructed appellant to pay the filing fee within ten days of the date of the letter

and cautioned her that failure to do so would result in dismissal of the appeal without further notice. *See* Tex.R.App. P. 42.3(c).

As of today's date, the required filing fee has not been paid. Accordingly, we dismiss the appeal. *See* Tex.R.App. P. 42.3(c).